UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID SILVA, JR.,

     Plaintiff,

                                  Case No. 2:22-cv-20

v.

                                  HON. JANE M. BECKERING

ERICA HUSS, et al.,

     Defendants.

_____/

## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  Defendants filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 20).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 22) on April 11, 2023, recommending that this Court deny the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 20) is DENIED.

Dated: May 10, 2023                                /s/ Jane M. Beckering
                                           JANE M. BECKERING
                                         United States District Judge